JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. A.,<br>Plaintiff,<br>vs.<br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY<br>Defendant | Case No. 2:25-cv-3484-RAO<br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, **IT IS ORDERED** that fees of $8,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: 10/26/2026

Rozella A. Oliver
HON. ROZELLA A. OLIVER
U.S. Magistrate Judge

#